Dismissed and Memorandum Opinion filed January 8, 2009








Dismissed
and Memorandum Opinion filed January 8, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00486-CV

____________

 

MARK LOMAX, Appellant

 

V.

 

KELLY SHANTZ, WINSTON ROY JOHNSON, AMITAVA DASGUPTA, 

and YOLANDA IBARRA, Appellees

 



 

On Appeal from the
129th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-67295

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 12, 2008.  The clerk=s record was filed on August 15,
2008.  No reporter=s record was taken.  Appellant=s brief was originally due September
15, 2008.  No brief was filed.








In an
order issued October 2, 2008, appellant was informed his brief was due November
3, 2008.  No brief was received.  No motion for extension of time was filed.  On
December 5, 2008, appellees filed a motion to dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
38.8 (a)(1), and 42.3(b).  Appellant filed no response.

The
motion is granted and the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.